IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20757
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MOHAMMAD NASIM ASHRAF,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-96-11-1
- - - - - - - - - -
July 28, 1997

Before SMITH, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Mohammad Nasim Ashraf argues that the district court clearly erred in denying his request for an additional one-level reduction of his offense level under U.S.S.G. § 3E1.1(b).

We have reviewed the record, including the presentence report, the transcript of the sentencing hearing, and the briefs and find that the district court's denial of the adjustment was not clearly erroneous.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Ashraf failed to demonstrate that he timely furnished complete information to the authorities about his personal involvement in the fraudulent scheme or that he timely notified the authorities of his decision to enter a guilty plea. Therefore, the district court did not err in denying Ashraf's request for the adjustment.  See § 3E1.1(b); United States v. Mills, 9 F.3d 1132, 1136 (5th Cir. 1993).

AFFIRMED.